IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND; MONTANA ENVIRONMENTAL INFORMATION CENTER; and CITIZENS FOR CLEAN ENERGY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>Defendants. | CV-21-03-BMM-JTJ |

IT IS HEREBY ORDERED that the above-captioned cause is REASSIGNED to the Honorable Brian Morris for all further proceedings.

DATED this 11th day of January 11, 2021

_____
Brian Morris, Chief District Judge
United State District Court

Case 4:21-cv-00003-BMM   Document 11   Filed 01/11/21   Page 2 of 2