IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | CV-21-03-GF-BMM<br><br><br>ORDER |

Plaintiffs have moved for an order allowing Deepak Gupta, Esq., Gregory A. Beck, Esq., and Jonathan E. Taylor, Esq. to appear *pro hac vice* in this case with Derf Johnson, Esq. designated as local counsel. The applications of Mr. Gupta, Mr. Beck and Mr. Taylor appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motions to allow Mr. Gupta, Mr. Beck and Mr. Taylor to appear on their behalf (Docs. 3, 4 and 5) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Gupta, Mr. Beck and Mr. Taylor must do their own work. They must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Gupta, Mr. Beck and Mr. Taylor, it is not an admission of their law firm.

IT IS FURTHER ORDERED:

Mr. Gupta, Mr. Beck and Mr. Taylor, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 11th day of January, 2021.

*(signature)*

Brian Morris, Chief District Judge
United States District Court