# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRIC OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND; MONTANA ENVIRONMENTAL INFORMATION CENTER; and CITIZENS FOR CLEAN ENERGY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION, AGENCY; and ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Defendants.* | CASE NO.: 4:21-CV-00003-BMM-JTJ<br><br><br>The Honorable Brian Morris, Chief Judge |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
## TO EXPEDITE THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT
## AND FOR LEAVE TO EXCEED THE WORD LIMIT

Although Defendants disagree with the justification for Plaintiffs' motion to expedite resolution of their motion for partial summary judgment, or that expedition is even necessary, Defendants nevertheless agree with the briefing schedule set forth in their motion. ECF No. 7 at 3. Defendants also do not object to Plaintiffs' request for leave to exceed the word limit in their motion for partial summary judgment.

    Respectfully submitted,

    JEFFREY BOSSERT CLARK
    Acting Assistant Attorney General

    ALEXANDER K. HAAS
    Director, Federal Programs Branch

    */s/ Joshua E. Gardner*
    Joshua E. Gardner (FL Bar No. 302820)

Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 11502
Washington, D.C. 20005
Tele: (202) 305-7583
Fax: (202) 616-8460
Joshua.e.Gardner@usdoj.gov