IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | CV- 21-03-GF-BMM<br><br>**ORDER** |

Plaintiffs have moved for an order allowing Linnet Davis-Stermitz, Esq., (Ms. Davis-Stermitz) to appear *pro hac vice* in this case with Derf Johnson, Esq. designated as local counsel. Ms. Davis-Stermitz's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiffs' motion to allow Ms. Davis-Stermitz to appear on their behalf (Doc. 6) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with

Ms. Davis-Stermitz;

2. Ms. Davis-Stermitz must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Ms. Davis-Stermitz.

IT IS FURTHER ORDERED that:

Ms. Davis-Stermitz shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 14th day of January, 2021.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United State District Court