IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND; MONTANA ENVIRONMENTAL INFORMATION CENTER; and CITIZENS FOR CLEAN ENERGY,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Defendants.* | CASE NO.: 4:21-CV-00003-BMM<br><br>**ORDER** |

Defendants U.S. Environmental Protection Agency and Andrew R. Wheeler, in his official capacity as Administrator of the U.S. Environmental Protection Agency, seek Leave to Exceed the Word Limit for their opposition to Plaintiffs' motion for partial summary judgment of up to 10,815 words. Plaintiffs do not oppose this request.

Accordingly, **IT IS SO ORDERED** that:

- Defendants' Motion for Leave to Exceed the Word Limit is **GRANTED.**

Dated the 15th of January, 2021.

Brian Morris, Chief District Judge
United States District Court