**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND; MONTANA ENVIRONMENTAL INFORMATION CENTER; and CITIZENS FOR CLEAN ENERGY, <br><br> *Plaintiffs,* <br><br> vs. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; and ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> *Defendants.* | Case No.: 21-cv-00003-BMM <br><br><br> **ACKNOWLEDGMENT AND ACCEPTANCE OF ADMISSION *PRO HAC VICE* OF DEEPAK GUPTA** |

I, Deepak Gupta, respectfully submit this acknowledgment and acceptance of admission *pro hac vice* under the terms set forth in Local Rule 83.1(d) and the Court's order dated January 11, 2021 (Dkt. 12). Of the attorneys admitted *pro hac vice*, only I will act as co-lead counsel.

Dated:      January 22, 2021

Respectfully submitted,

/s/ *Deepak Gupta*

DEEPAK GUPTA
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Phone: (202) 888-1741
Fax: (202) 888-7792
*deepak@guptawessler.com*

2

*Attorney for Plaintiffs*

2