# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND; MONTANA ENVIRONMENTAL INFORMATION CENTER; and CITIZENS FOR CLEAN ENERGY,<br><br>*Plaintiffs,*<br><br>vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Defendants.* | Case No.: 21-cv-00003-BMM<br><br>**ACKNOWLEDGMENT AND ACCEPTANCE OF ADMISSION *PRO HAC VICE* OF JONATHAN E. TAYLOR** |

I, Jonathan E. Taylor, respectfully submit this acknowledgment and acceptance of admission *pro hac vice* under the terms set forth in Local Rule 83.1(d) and the Court's order dated January 11, 2021 (Dkt. 12).

Dated:   January 22, 2021            Respectfully submitted,

                                          */s/ Jonathan E. Taylor*
                                          JONATHAN E. TAYLOR
                                          GUPTA WESSLER PLLC
                                          1900 L Street, NW, Suite 312
                                          Washington, DC 20036
                                          Phone: (202) 888-1741
                                          Fax: 888-7792
                                          *jon@guptawessler.com*

                                          *Attorney for Plaintiffs*