# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND; MONTANA ENVIRONMENTAL INFORMATION CENTER; and CITIZENS FOR CLEAN ENERGY,<br><br>*Plaintiffs,*<br><br>vs.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; and ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Defendants.* | Case No.: 21-cv-00003-BMM<br><br>**ACKNOWLEDGMENT AND ACCEPTANCE OF ADMISSION *PRO HAC VICE* OF LINNET DAVIS-STERMITZ** |

I, Linnet Davis-Stermitz, respectfully submit this acknowledgment and acceptance of admission *pro hac vice* under the terms set forth in Local Rule 83.1(d) and the Court's order dated January 14, 2021 (Dkt. 20).

Dated:   January 22, 2021

Respectfully submitted,

/s/ *Linnet Davis-Stermitz*
LINNET DAVIS-STERMITZ
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Phone: (202) 888-1741
Fax: (202) 888-7792
linnet@guptawessler.com

*Attorney for Plaintiffs*