**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND; MONTANA ENVIRONMENTAL INFORMATION CENTER; and CITIZENS FOR CLEAN ENERGY, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY; and ANDREW R. WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> *Defendants*. | Case No. 4:21-cv-00003-BMM <br><br> The Honorable Brian Morris, Chief Judge |

**INTRODUCTION**

Defendants seek vacatur and remand of the final rulemaking entitled

"Strengthening Transparency in Pivotal Science Underlying Significant Regulatory

Actions and Influential Scientific Information," 86 Fed. Reg. 469-01 (Jan. 6, 2021)

("Final Rule").  Defendants explain that in light of the Court's conclusion that the

Final Rule constitutes a substantive rule, the Environmental Protection Agency lacked

authorization to promulgate the rule pursuant to its housekeeping authority, which is

the only source of authority identified in the Final Rule.  Accordingly, Defendants

state that vacatur and remand of the Final Rule is appropriate under the

circumstances.  Plaintiffs do not oppose this request.

## ORDER

Accordingly, **IT IS SO ORDERED** that:

- Defendants' Unopposed Motion for Vacatur and Remand is

  **GRANTED.**

- The Final Rule is hereby vacated and remanded to the Environmental

  Protection Agency.


Dated the 1st of February, 2021.




_____
Brian Morris, Chief District Judge
United States District Court




2